**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO. 3:09MJ00003-DCK |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO UNSEAL** |
| **John Paul Krauss** | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Edward R. Ryan, Acting United States Attorney for the Western District of North Carolina, for an Order unsealing the Search Warrant, Affidavit and any Attachments in the above referenced case, and it appearing to the Court that said the reasons for sealing those items no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Search Warrant, Affidavit and any Attachments in the above-numbered case be unsealed.

Signed: May 15, 2009

_____
David C. Keesler
United States Magistrate Judge